UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OIL MOP LLC | CIVIL ACTION |
| VERSUS | NO. 20-1491 |
| AMERICAN ENVIRONMENTAL & INDUSTRIAL SERVICES LLC, AMERICAN MARITIME SERVICES LLC, JOSEPH J. CHRISTIANA, TINA MARIE MIKES | SECTION "R" |

## ORDER AND REASONS

Plaintiff moves for a temporary restraining order.[1]  The motion is denied.  After reviewing the complaint and plaintiff's motion, the Court finds that it must hear from defendants in order to determine whether the requisites for Rule 65 have been satisfied.  The Court will set a status conference for the purpose of setting a hearing on the motion for preliminary injunction by separate order.

New Orleans, Louisiana, this __17th__ day of June, 2020.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 6.